UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Robert Byrd<br><br>                    Plaintiff,<br><br>     -against-<br><br>City of New York et al<br><br>                    Defendant(s). | 17-CV-02166-GBD-AJP<br><br>WAIVER OF SERVICE OF SUMMONS<br><br>UNEXECUTED |

The New York City Department of Correction declines on behalf of the defendants listed below to waive service of the summons and complaint in this case and for each defendant provides a brief explanation as to why service is not being waived.

| **Defendant's name** | **Reason service not waived** |
|---|---|
| **Vasquez** | **No longer with the agency** |
| **Arthur** | **No staff in agency with title of Deputy Warden Arthur** |
| **Williams** | **Common name, cannot identify** |

Dated:
    May 02, 2017
     New York, NewYork

**S/**
Brenda Cooke
Deputy General Counsel
New York City Department of Correction
**718-546-0959**